HOLMAN HARVEY, Appellant, v. THE BELL SYNDICATE, INC., Respondent.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.; Callahan, J., dissents and votes to reverse and grant a new trial, on the ground that parol evidence was admissible to explain the meaning of the term " extension or renewal of same " in the contract in suit.

EDWARD J. RAMSEY, Appellant, v. PAUL M. ROSENTHAL and Others, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of ORWILL V. W. HAWKINS and Others, as Executors, etc., of ELIZABETH C. BRADFORD, Deceased, for the Acts and Proceedings of Said ELIZABETH C. BRADFORD, as Executrix of and Trustee under the Last Will and Testament of JOHN HENRY BRADFORD, Deceased. MARY JOSEPHINE KISSEL and Others, Appellants; ORWILL V. W. HAWKINS and Others, Petitioners, Respondents; JOSEPHINE THAYER TUTT and Others, Respondents.— Order unanimously affirmed, with costs and disbursements to the petitioners, respondents. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ. [165 Misc. 736.]

KENNETH E. CLAYTON-KENNEDY, Respondent, v. CLARENCE G. MICHALIS, Appellant.— Judgment unanimously reversed and a new trial ordered, with costs to the appellant to abide the event, unless the plaintiff stipulates to reduce the judgment as entered to the sum of $5,187.95; in which event the judgment as so modified is affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ELINOR POPPOLARDO, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

In the Matter of the Application of BEE CEE BEE CORPORATION, Petitioner, for an Order against HENRY E. BRUCKMAN and Others, Constituting the State Liquor Authority of the State of New York, Respondents, as Provided in Article 78 of the Civil Practice Act of the State of New York.— Determination unanimously confirmed, with fifty dollars costs and disbursements to the respondents. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

B. C. SCHRAM, Receiver of FIRST NATIONAL BANK-DETROIT, a National Banking Association, Respondent, v. MAY E. C. KEANE, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

LOUIS GALLOPIN, Respondent, v. INTERNATIONAL COMMITTEE OF BANKERS ON MEXICO and Others, Appellants, Impleaded with Others, Defendants.— Order, so far as appealed from, unanimously modified by limiting item (c) of the notice of motion to an examination as to moneys received by defendants from the Mexican government, and eliminating the provision for examination with reference to manner, time, depositaries, transfers, payment, and retention, and as so modified affirmed, with twenty dollars costs and disbursements to the respondent. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.